### IN THE UNITED STATES DISTRICT COURT
### FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
### SOUTHERN DIVISION

| | | |
|---|---|---|
| **RYAN CHRISTIAN** | § | **PETITIONER** |
| | § | |
| | § | |
| **v.** | § | **Civil No. 1:26-mc-183-HSO-BWR** |
| | § | |
| | § | |
| **MEMORIAL HOSPITAL** | § | |
| **GULFPORT, et al.** | § | **RESPONDENTS** |

## FINAL JUDGMENT

In accordance with the Order entered herewith,

**IT IS, THEREFORE, ORDERED AND ADJUDGED,** that this miscellaneous action is **DISMISSED WITHOUT PREJUDICE**.

**SO ORDERED AND ADJUDGED**, this the 1st day of July, 2026.

*s/ Halil Suleyman Ozerden*

HALIL SULEYMAN OZERDEN
CHIEF UNITED STATES DISTRICT JUDGE